UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeff Seipel and Tom Vevea, as Trustees of the Minnesota Laborers Health and Welfare Fund and Minnesota Laborers Pension Fund; James Brady and Keith Kramer, as Trustees of the Minnesota Laborers Vacation Fund; Tom Vevea and Gary Reed, as Trustees of the Construction Laborers' Education, Training, and Apprenticeship Fund of Minnesota and North Dakota; and Ronald Thornburg and Cindy Ecklund, as Trustees of the Minnesota Laborers Employers Cooperation and Education Trust; and each of their successors,<br><br>      Plaintiffs,<br><br>vs.<br><br>Too Clean Building Services LLC, f/k/a TOO CLEAN LLC,<br><br>      Defendant. | Civil File No. 08-0270 PAM/JSM<br><br><br><br><br><br><br><br><br><br><br><br>**ORDER OF<br>DISMISSAL** |

Pursuant to the Stipulation of the parties, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**


Dated: November 14, 2008    s/Paul A. Magnuson
                            The Honorable Paul A. Magnuson
                            United States District Court Judge